# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

**MARC BARRECA**
U.S. BANKRUPTCY JUDGE

Jessica G. Smith
Judicial Assistant

U.S. Courthouse
700 Stewart St., Room 7121
Seattle, WA 98101
(206) 370-5310

September 9, 2020

Pamela Dalane Thompson Cook
629 S. Davies Road, Unit B
Lake Stevens, WA 98258

  Re: Pamela Dalane Thompson Cook  Case No. 20-12307-MLB
    Reaffirmation Agreement with Alaska Federal Credit Union (Docket #9)
    **Reaffirmation Hearing**: October 14, 2020, at 10:00 AM

Dear Ms. Thompson Cook:

  We are in receipt of the Reaffirmation Agreement you executed with Alaska Federal Credit Union regarding a 2015 Nissan Altima vehicle (Docket #9). Since you are not represented by counsel, a hearing is necessary. Therefore, a hearing regarding the Reaffirmation Agreement is scheduled for **Wednesday, October 14, 2020 at 10:00 AM.** This hearing will be held telephonically, please use the following dial-in information:

Please use the following information to dial in:
(1) Dial: 1-888-363-4749
(2) Enter Access Code: 9365479#
(3) Press the # sign
(4) Enter Security Code when prompted: 8574#
(5) Speak your name when prompted

<u>Guidelines</u>
(1) Use a land line phone and not a cell phone, if possible. **Do not use a speaker phone.**
(2) Make the call from a quiet area where background noise is minimal.
(3) Wait until the judge calls your case before speaking.
(4) Do not put the phone on hold at any time after the call is connected.

(5) In the event you are unable to connect to the conference call after following the above procedures, please contact chambers at (206) 370-5310.

Please do not hesitate to call if you have any questions.

                                                    Respectfully yours,

                                                    /s/ *Jessica G. Smith*

                                                  Judicial Assistant to Judge Marc Barreca

cc:   Alaska Federal Credit Union
      Virginia A Burdette, Trustee
      U.S. Trustee