**Below is the Order of the Court.**



**Marc Barreca
U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

_____

Form oifp (05/2017)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Pamela Dalane Thompson Cook

Debtor(s).

Case Number: 20–12307–MLB
Chapter: 7

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the Debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

///End of Order///