**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR
# THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Pamela Dalane Thompson Cook,<br><br>Debtor(s). | Case No. 20-12307-MLB<br><br>**ORDER DENYING APPROVAL OF REAFFIRMATION AGREEMENT** |

THIS MATTER having come on before the Court for hearing on Wednesday, October 14, 2020, on notice of hearing on a Reaffirmation Agreement between the Debtor(s) and **Alaska Federal Credit Union [Docket No. 9] regarding a 2015 Nissan Altima,** the Court having reviewed pleadings and files herein and having found that the Agreement would impose an undue hardship upon, and is not in the best interests of the Debtor(s), now therefore, it is hereby

ORDERED that the Reaffirmation Agreement is hereby DISAPPROVED.

Debtor(s) may voluntarily make the payments called for in the Reaffirmation Agreement, **BUT CREDITOR MAY NOT ENFORCE THE AGREEMENT UNLESS IT IS APPROVED BY THE COURT.**

/// END OF ORDER///

ORDER DENYING APPROVAL OF REAFFIRMATION AGREEMENT - 1