The Honorable Marc Barreca
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

PAMELA DALANE THOMPSON COOK,

Debtor.

No. 20-12307

TRUSTEE'S OBJECTION TO DEBTORS' *AMENDED* CLAIM OF EXEMPTIONS

COMES NOW the trustee, Virginia A. Burdette, and objects to the debtor's Amended Claim of Exemptions. The reasons for objection may be summarized as follows:

1. The trustee objects to the debtor's amended claim of exemption in asset described as "$9800.00- Payment to Lisa Peters…" The basis for the objection is that to the extent the trustee is able to avoid the transfer, this asset cannot be exempted by the debtor pursuant to 11 U.S.C. § 522(g).

2. The trustee is objecting in part to preserve her rights to object pending receipt of more information about the debtors' assets. The trustee reserves the right to assert any other basis for her objection or otherwise amend this objection as she may determine appropriate at a later date.

Dated this 23rd day of October, 2020.

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee

TRUSTEE'S OBJECTION TO
DEBTORS' *AMENDED* CLAIM OF EXEMPTIONS - 1

Virginia A. Burdette
Chapter 7 Trustee
5506 6th Avenue South, Suite 207
Seattle, WA 98108
Telephone: (206) 441-0203
Facsimile: (206) 624-2631

Case 20-12307-MLB    Doc 26    Filed 10/23/20    Ent. 10/23/20 14:25:34    Pg. 1 of 1