| | The Honorable: Marc Barreca |
| --- | --- |
| | Chapter 7 |
| | Location: Telephonic |
| | Hearing Date: / /2020 |
| | Hearing Time: 10:00 a.m. |
| | Response Date: / /2020 |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
| --- | --- | --- |
| In Re: | § | |
| | § | |
| Pamela Dalane Thompson Cook | § | Case No. 20-12307 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/01/2020. The undersigned trustee was appointed on 09/01/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
| --- | --- | --- |
| 4. The trustee realized gross receipts of | $ | 9,800.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 4.78 |
| Bank service fees | | 9.77 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 9,785.45 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/04/2021 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,730.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,730.00, for a total compensation of $1,730.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $45.60, for total expenses of $45.60$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/02/2021            By: /s/Virginia Andrews Burdette
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Exhibit A

| Case No: | 20-12307 | MLB | Judge: | Marc Barreca | Trustee Name: | Virginia Andrews Burdette |
|---|---|---|---|---|---|---|
| Case Name: | Pamela Dalane Thompson Cook | | | | Date Filed (f) or Converted (c): | 09/01/2020 (f) |
| | | | | | 341(a) Meeting Date: | 09/29/2020 |
| For Period Ending: | 04/02/2021 | | | | Claims Bar Date: | 01/04/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Ford F150 2003 | 1,200.00 | 0.00 | | 0.00 | FA |
| 2. Honda Passport 1995 | 1,400.00 | 438.95 | | 0.00 | FA |
| 3. Nissan Altima 2015 | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 420.00 | 0.00 | | 0.00 | FA |
| 5. Electronics | 485.00 | 0.00 | | 0.00 | FA |
| 6. Collectibles | 150.00 | 0.00 | | 0.00 | FA |
| 7. Equipment for Sports and hobbies | 100.00 | 0.00 | | 0.00 | FA |
| 8. Clothes | 250.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 195.00 | 0.00 | | 0.00 | FA |
| 10. Other personal and household items | 40.00 | 0.00 | | 0.00 | FA |
| 11. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 12. Key Bank checking | 882.00 | 0.00 | | 0.00 | FA |
| 13. BECU Checking | 66.95 | 0.00 | | 0.00 | FA |
| 14. BECU Savings | 0.00 | 0.00 | | 0.00 | BECU |
| 15. Security deposit | 1,850.00 | 0.00 | | 0.00 | FA |
| 16. Peters Preference | 9,800.00 | 9,800.00 | | 9,800.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $21,888.95 | $10,238.95 | | $9,800.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion for settlement on preference claim-Hearing 2/10/21 10am (response due 2/3/21)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | |
|---|---|---|---|
| RE PROP # | 12 | -- | amount amended to reflect actual amount in Key Money Bank Account as of the date of filing -9/1/2020 |
| RE PROP # | 15 | -- | pro se debtor has exemptions to cover |
| RE PROP # | 16 | -- | Trustee obj to amended exemptions $9800/Order approving settement of pref claim entered doc.#40 |

Initial Projected Date of Final Report (TFR): 07/31/2021        Current Projected Date of Final Report (TFR): 07/31/2021

Exhibit A

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 20-12307 | Trustee Name: | Virginia Andrews Burdette | Exhibit B |
|---|---|---|---|---|
| Case Name: | Pamela Dalane Thompson Cook | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0943 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX6405 | Blanket Bond (per case limit): | $55,683,398.00 | |
| For Period Ending: | 04/02/2021 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/20 | 16 | Pamela Cook | preference<br>paid by debtor | 1129-000 | $9,800.00 | | $9,800.00 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.77 | $9,790.23 |
| 03/12/21 | 2001 | International Sureties LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | 2021-2022 | 2300-000 | | $4.78 | $9,785.45 |
| 03/12/21 | 2002 | International Sureties LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | 2021 | 2300-000 | | $4.78 | $9,780.67 |
| 03/17/21 | 2001 | International Sureties LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | 2021-2022 Reversal<br>duplicate | 2300-000 | | ($4.78) | $9,785.45 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $9,800.00 | $14.55 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,800.00 | $14.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,800.00 | $14.55 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $9,800.00     $14.55

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0943 - Checking | $9,800.00 | $14.55 | $9,785.45 |
|  | $9,800.00 | $14.55 | $9,785.45 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,800.00 |
| Total Gross Receipts: | $9,800.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-12307-MLB  
Debtor Name: Pamela Dalane Thompson Cook  
Claims Bar Date: 1/4/2021  

Date: April 2, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | VIRGINIA A BURDETTE<br>P.O. Box 16600 Seattle, WA 98116 | Administrative | | $0.00 | $1,730.00 | $1,730.00 |
| 100 2200 | VIRGINIA A BURDETTE<br>P.O. Box 16600 Seattle, WA 98116 | Administrative | | $0.00 | $45.60 | $45.60 |
| 1 300 7100 | KEYBANK, N.A.<br>4910 TIEDEMAN RD.<br>BROOKLYN, OH 44144 | Unsecured | | $0.00 | $3,878.42 | $3,878.42 |
| 2 300 7100 | DISCOVER BANK<br>DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $1,511.15 | $1,511.15 |
| 3 300 7100 | WELLS FARGO BANK, N.A.<br>WELLS FARGO CARD SERVICES<br>PO BOX 10438, MAC F8235-02F<br>DES MOINES, IA 50306-0438 | Unsecured | | $0.00 | $2,177.44 | $2,177.44 |
| 4 300 7100 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET, STOP CODE 3129<br>OMAHA, NEBRASKA 68197 | Unsecured | | $0.00 | $1,546.08 | $1,546.08 |
| 5 300 7100 | JPMORGAN CHASE BANK, N.A.<br>S/B/M/T CHASE BANK USA, N.A.<br>C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 CONGRESS AVENUE, SUITE 100<br>BOCA RATON, FL 33487 | Unsecured | | $0.00 | $2,988.31 | $2,988.31 |
| 6 300 7100 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $0.00 | $2,651.86 | $2,651.86 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-12307-MLB  
Debtor Name: Pamela Dalane Thompson Cook  
Claims Bar Date: 1/4/2021

Date: April 2, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 300 7100 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | Unsecured | | $0.00 | $4,702.33 | $4,702.33 |
| 8 300 7100 | CITIBANK, N.A. 5800 S CORPORATE PL SIOUX FALLS, SD 57108-5027 | Unsecured | | $0.00 | $3,815.22 | $3,815.22 |
| 9 300 7100 | BECU PO Box 97050 Seattle, WA 98124 | Unsecured | | $0.00 | $5,731.29 | $5,731.29 |
| 10 300 7100 | CITIBANK, N.A. 5800 S CORPORATE PL SIOUX FALLS, SD 57108-5027 | Unsecured | | $0.00 | $2,744.00 | $2,744.00 |
| 11 300 7100 | CITIBANK, N.A. 5800 S CORPORATE PL SIOUX FALLS, SD 57108-5027 | Unsecured | | $0.00 | $7,078.50 | $7,078.50 |
| 12 300 7100 | VERIZON BY AMERICAN INFOSOURCE AS AGENT PO BOX 4457 HOUSTON, TX 77210-4457 | Unsecured | | $0.00 | $163.46 | $163.46 |
| 13 300 7100 | CITIBANK, N.A. 5800 S CORPORATE PL SIOUX FALLS, SD 57108-5027 | Unsecured | Home Depot 8638 | $0.00 | $821.38 | $821.38 |
| 14 300 7100 | CITIBANK, N.A. 5800 S CORPORATE PL SIOUX FALLS, SD 57108-5027 | Unsecured | Best Buy 1110 | $0.00 | $372.55 | $372.55 |
| 15 300 7100 | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC PO BOX 41021 NORFOLK VA 23541 | Unsecured | Lowes 0249 | $0.00 | $1,499.00 | $1,499.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-12307-MLB  Date: April 2, 2021
Debtor Name: Pamela Dalane Thompson Cook
Claims Bar Date: 1/4/2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16<br>300<br>7100 | SOFI LENDING CORP<br>ONE LETTERMAN DRIVE<br>BUILDING A<br>SAN FRANCISCO, CA 94129 | Unsecured | 9776 | $0.00 | $18,248.48 | $18,248.48 |
| | Case Totals | | | $0.00 | $61,705.07 | $61,705.07 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-12307
Case Name: Pamela Dalane Thompson Cook
Trustee Name: Virginia Andrews Burdette

| | | |
|---|---:|---:|
| Balance on hand | $ | 9,785.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: VIRGINIA A BURDETTE | $ 1,730.00 | $ 0.00 | $ 1,730.00 |
| Trustee Expenses: VIRGINIA A BURDETTE | $ 45.60 | $ 0.00 | $ 45.60 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,775.60 |
| Remaining Balance | $ | 8,009.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $59,929.47 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | KEYBANK, N.A. | $ 3,878.42 | $ 0.00 | $ 518.37 |
| 2 | DISCOVER BANK | $ 1,511.15 | $ 0.00 | $ 201.97 |
| 3 | WELLS FARGO BANK, N.A. | $ 2,177.44 | $ 0.00 | $ 291.02 |
| 4 | FIRST NATIONAL BANK OF OMAHA | $ 1,546.08 | $ 0.00 | $ 206.64 |
| 5 | JPMORGAN CHASE BANK, N.A. | $ 2,988.31 | $ 0.00 | $ 399.40 |
| 6 | AMERICAN EXPRESS NATIONAL BANK | $ 2,651.86 | $ 0.00 | $ 354.43 |
| 7 | AMERICAN EXPRESS NATIONAL BANK | $ 4,702.33 | $ 0.00 | $ 628.49 |
| 8 | CITIBANK, N.A. | $ 3,815.22 | $ 0.00 | $ 509.92 |
| 9 | BECU | $ 5,731.29 | $ 0.00 | $ 766.01 |
| 10 | CITIBANK, N.A. | $ 2,744.00 | $ 0.00 | $ 366.75 |
| 11 | CITIBANK, N.A. | $ 7,078.50 | $ 0.00 | $ 946.07 |
| 12 | VERIZON | $ 163.46 | $ 0.00 | $ 21.85 |
| 13 | CITIBANK, N.A. | $ 821.38 | $ 0.00 | $ 109.78 |
| 14 | CITIBANK, N.A. | $ 372.55 | $ 0.00 | $ 49.79 |
| 15 | SYNCHRONY BANK | $ 1,499.00 | $ 0.00 | $ 200.36 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | SOFI LENDING CORP | $ 18,248.48 | $ 0.00 | $ 2,439.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,009.85 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE