# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: ) Chapter 7
) Case No. 20-12307
PAMELA DALANE THOMPSON COOK, )
) ORDER APPROVING FINAL REPORT
) AND APPLICATIONS FOR
) ADMINISTRATIVE EXPENSES
Debtor. )

This matter having come on for hearing, or no hearing being necessary or appropriate under the circumstances, upon Notice of Final Report and Applications for Compensation, it is hereby ordered that:

1. The Final Report and distributions proposed therein are approved;

2. Reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred and hereby awarded and allowed as follows:

| | Applicant | Compensation | Expenses |
|---|---|---|---|
| Trustee: | Virginia Andrews Burdette | $1,730.00 | $45.60 |

///END OF ORDER///

Presented by:
*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee
P.O. Box 16600 Seattle, WA 98116
Telephone: (206) 441-0203

Order Approving Final Report- 1

VIRGINIA ANDREWS BURDETTE, Trustee
P.O. Box 16600
Seattle, WA 98116
(206) 441-0203