The Honorable Marc Barreca
CHAPTER 7

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: ) CHAPTER 7
) CASE NO. 20-12307
Thompson Cook, Pamela Dalane )
) REPORT OF UNCLAIMED FUNDS
) ( over $25)
Debtor(s). )

COMES NOW the Trustee, Virginia A Burdette, and files this Report of Unclaimed Funds as follows:

1. The following funds were disbursed pursuant to order of this Court and remain unclaimed.

| Check No. | $Amount | Recipient | Check Date |
|---|---|---|---|
| 2014 | $2,439.00 | Sofi Lending Corp | 5/10/21 |
| | | | |
| | | | |

2. The Trustee hereby deposits the same with the Registry of the Bankruptcy Court:

<u>Creditors Name and Address</u>        <u>Dividend</u>
Sofi Lending Corp        $2,439.00
One Letterman Drive, Building A
San Francicso, CA 94129

DATED: This 5th day of October, 2021

     */s/ Virginia A. Burdette*
     Virginia A Burdette
     Chapter 7 Trustee

UNCLAIMED FUNDS REPORT - 1      Virginia A Burdette, Trustee
P.O. Box 16600
Seattle, WA 98116
(206)441-0203